Anya Fuchs (State Bar # 215105)
**BULLOCK LEGAL GROUP LLC**
2000 Powell Street, Suite 825
Emeryville, California 94608
(833) 853-4258 (P) / (470) 412-6708 (F)
anya@bullocklegalgroup.com

Robert C. Hillard, Esq. *(pro hac vice)*
Alex Hilliard, Esq. *(pro hac vice forthcoming)*
Bonnie J. Rickert, Esq. *(pro hac vice)*
Jakub Banaszak *(pro hac vice forthcoming)*
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX  78401
(361) 882-1612 (P) / (361) 882-3015 (F)
bobh@hilliard-law.com
alex@hilliard-law.com
brickert@hilliard-law.com
jbanaszak@hilliard-law.com

*Attorneys for Plaintiff, NAKISHIA SULLIVAN, as next friend and on behalf of Z.W., a minor*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NAKISHIA SULLIVAN, as next friend and on behalf of Z.W., a minor,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, MICROSOFT CORPORATION, MOJANG AB, JOHN DOES 1-50, JOHN DOE CORPORATIONS 1-50,<br><br>Defendants. | Case No: 3:25-cv-08730-TSH<br><br>**JOINT STIPULATION TO EXTEND DEADLINES REGARDNG MICROSOFT CORPORATION AND MOJANG AB'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Thomas S. Hixson |

**TO THE COURT, PARTIES AND THEIR RESPECTIVE COUNSEL:**

Plaintiff and Defendants Microsoft Corporation and Mojang AB (collectively, the "Microsoft Defendants") stipulate and respectfully request in accordance with Local Rules 6-2 and

7-12 that the Court enter an order setting a briefing schedule on the Microsoft Defendants' pending motion to compel arbitration.

1. On December 3, 2025, the Microsoft Defendants filed a motion to compel arbitration (Dkt. 26).

3. On December 4, 2025, the Judicial Panel on Multidistrict Litigation ("JPML") heard argument on a motion to transfer ("Motion to Transfer") certain proceedings, including the instant proceeding, pursuant to 28 U.S.C. § 1407.

2. Between December 9, 2025, and December 11, 2025, Plaintiff's counsel and counsel for the Microsoft Defendants exchanged emails regarding an extension of Plaintiff's deadline to respond to the Microsoft Defendants' motion to compel arbitration in order to give the JPML time to decide the Motion to Transfer. However, before a stipulation could be filed, the JPML ruled denying the Motion to Transfer on December 10, 2025.

3. Plaintiff's deadline to oppose the Microsoft Defendants' motion to compel arbitration is currently December 17, 2025.

4. On December 15, 2025, Plaintiff's counsel and counsel for the Microsoft Defendants held a meet and confer on Plaintiff's anticipated motion for extension of time pursuant to Local Rule 6-3. Plaintiff indicated that Plaintiff intended to pursue arbitration-related discovery, discovery that the Microsoft Defendants believe is unnecessary.

5. Plaintiff and the Microsoft Defendants agree that all parties will benefit from a uniform schedule with respect to arbitration motions. To that end, Plaintiff and Microsoft agree that the deadline to oppose Microsoft's Motion to Compel Arbitration shall be March 20, 2026—the same deadline for Plaintiff to respond to the remaining defendants' motions, and that the deadline for the Microsoft Defendants to file a reply shall be May 4, 2026.

6. Plaintiff and the Microsoft Defendants agree that by entering into this stipulation, Plaintiff and the Microsoft Defendants expressly reserve all rights, including regarding discovery in this case, and waive none.

WHEREFORE, Plaintiff and the Microsoft stipulate and respectfully request that this Court enter an order extending Plaintiff's deadline to oppose the Microsoft's Defendants' motion to compel arbitration to March 20, 2026 and setting the Microsoft Defendants' reply deadline for May 5, 2026.

IT IS SO STIPULATED.

Date: December 16, 2025

Respectfully submitted,

**BULLOCK LEGAL GROUP, LLC**

By: /*s/ Anya Fuchs*

**Anya Fuchs (CA 215105)**
BULLOCK LEGAL GROUP, LLC
2000 Powell Street, Suite 825
Emeryville, California 94608
Telephone: (833) 853-4258
Facsimile: (470) 412-6708
Email: anya@bullocklegalgroup.com

**HILLIARD LAW**

By: /*s/ Robert C. Hilliard*

Robert C. Hilliard *(pro hac vice)*
bobh@hilliard-law.com
Alex Hilliard, Esq. *
alex@hilliard-law.com
Bonnie Rickert *(pro hac vice)*
brickert@hilliard-law.com
Jakub Banaszak*
jbanaszak@hilliard-law.com

**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

*Attorneys for Plaintiff, NAKISHIA SULLIVAN, as next friend and on behalf of Z.W., a minor*

**Pro Hac Vice* motions forthcoming

**DAVIS WRIGHT TREMAINE LLP**

By: /*s/ Adam S. Sieff*

Adam S. Sieff (State Bar No. 302030)
Haley B. Zoffer (State Bar No. 334968)
A.K. Jack Shee (State Bar No. 343444)
**DAVIS WRIGHT TREMAINE LLP**
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Eric M. Stahl (State Bar No. 292637)
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

*Attorneys for Defendants*
*MICROSOFT CORPORATION AND*
*MOJANG AB*



GRANTED
Judge Thomas S. Hixson
Date: 12/17/2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

\*\*Parties are advised that the hearing on the motion is reset to 5/21/2026 at 10:00 AM

- 4 -
JOINT STIPULATION TO EXTEND DEADLINES REGARDING MICROSOFT CORPORATIONS AND MOJANG AB'S MOTION TO COMPEL ARBITRATION